**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------

CARLOS MARCOS VARGAS PICHARDO,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

        Plaintiff,

v.

JORGE'S RESTAURANT II CORP
   d/b/a NEW CARRIZAL RESTAURANT,
and SILVIO RODRIGUEZ,

        Defendant.

-----------------------------------------------------------------------

Case No.: 21-cv-01370

**NOTICE OF ACCEPTANCE**
**OF OFFER OF JUDGMENT**

     Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff CARLOS MARCOS VARGAS PICHARDO hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated October 29, 2021 and annexed hereto as **Exhibit A**.

Dated: November 1, 2021

                                  Respectfully submitted,

                                  By:

                                  C.K. Lee, Esq. (CL 4086)
                                  LEE LITIGATION GROUP, PLLC
                                  148 West 24th Street, 8th Floor
                                  New York, NY 10011
                                  Tel.: (212) 465-1188
                                  Fax: (212) 465-1181
                                  *Attorney for Plaintiff*