**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------
CARLOS MARCOS VARGAS PICHARDO,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

            Plaintiff,

    v.

JORGE'S RESTAURANT II CORP
    d/b/a NEW CARRIZAL RESTAURANT,
and SILVIO RODRIGUEZ,

            Defendant.
-------------------------------------------------------------------

Case No.: 21-cv-01370

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Jorge's Restaurant II Corp d/b/a New Carrizal Restaurant, and Silvio Rodriguez (collectively, "Defendants"), having offered to allow Plaintiff Carlos Marcos Vargas Pichardo ("Plaintiff") to take a judgment against them, in the sum of Twenty Thousand Dollars and No Cents ($20,000.00), inclusive of all of Plaintiff's claims for relief, damages, attorney's fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 29, 2021 and filed as Exhibit A to Docket Number 13;

**WHEREAS**, on November 1, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 13);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Carlos Marcos Vargas Pichardo, in the sum of Twenty Thousand Dollars and No Cents ($20,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 29, 2021 and filed as Exhibit A to Docket Number 13.

**SO ORDERED:**

Dated: ___November 2___, 2021
   New York, New York

                s/Ann M. Donnelly
                    U.S.D.J.